UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO. 08-22668-CIV-JORDAN

| | |
|---|---|
| TANIA MESSIAS )<br>)<br>Petitioner )<br>)<br>vs. )<br>)<br>MICHAEL MUKASEY, Attorney General )<br>et al. )<br>)<br>Respondents )<br>_____ ) | **CLOSED<br>CIVIL<br>CASE** |

### ORDER CLOSING CASE FOR LACK OF JURISDICTION AND TRANSMITTING PETITION FOR REVIEW TO COURT OF APPEALS

Tania Messias has filed a one-page pro se petition for a final order of removal entered by the Board of Immigration Appeals on August 18, 2008. Ms. Messias indicates in her petition that a copy of the BIA order is attached, but there is no attachment.

This court lacks jurisdiction to review a BIA removal order. Under § 106 the REAL ID ACT, Pub. L. No. 109-13, 119 Stat. 231 (2005), which amended 8 U.S.C. § 1252(a), "a petition for review filed with the appropriate court is now an alien's exclusive means of review of a removal order." *Alexandre v. U.S. Attorney General,* 452 F.3d 1204, 1206 (11th Cir. 2006)). The only court which has jurisdiction to consider Ms. Messias' petition for review of the final removal order is the Court of Appeals for the Eleventh Circuit. *See* 8 U.S.C. § 1252(a)(5); *Madu v. U.S. Attorney General,* 470 'F.3d 1362, 1366 (11th Cir. 2006).

Ms. Messias' petition is therefore dismissed in this court without prejudice for lack of jurisdiction.

The clerk, however, is directed to transmit a certified copies of Ms. Messias' petition and this order to the Eleventh Circuit for filing. Ms. Messias should contact the Eleventh Circuit Clerk's Office (at 404-335-6100) for any further information concerning her petition, briefing schedules, and other appellate requirements.

This case is closed in this district.

Done and ordered in chambers at Miami, Florida, this 30th day of September, 2008.

*[signature]*

Adalberto Jordan
United States District Judge

cc: Tania Messias, pro se, c/o Morano International P.A., P.O. Box 6038, West Palm Beach FL 33405 (by mail and by facsimile to 561-832-4740)

2